**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| IAN ZACHARIAH WARD, | : | Case No. 1:26-mc-21 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| THE RES, | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 2)

This matter is before the Court upon the Report and Recommendation (the "Report") (Doc. 2) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). In the Report, the Magistrate Judge recommends that the Court dismiss the action. Plaintiff filed Objections (Doc. 4) to the Report. The Defendant provided no response.

Plaintiff's Objections (Doc. 4) do not address any specific argument in the Report especially as it relates to this Court's lack of subject matter jurisdiction. (*See* Report, Doc. 2.) Such nonspecific objections have "the same effect as would a failure to object." *Howard v. Sec. of Health and Human Servs.*, 932 F.2d 505, 509 (6th Cir. 1991). Accordingly, these Objections are not well-taken.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon such review, the Court

finds that Plaintiff's Objections (Doc. 4) are not well-taken and are accordingly **OVERRULED**. The Court **ADOPTS** the Report and Recommendation (Doc. 2) in its entirety. Plaintiff's Petition (Doc. 1) is **DISMISSED** without prejudice. This matter is hereby **TERMINATED** from the Court's docket. The Court further **CERTIFIES** that, pursuant to 28 U.S.C. § 1915(a), an appeal of this Order will not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal in forma pauperis in the Court of Appeals.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ______________________________
JUDGE MATTHEW W. McFARLAND